

# United States District Court
# Eastern District of California

Ibrahim Lunawadawala,

Plaintiff(s)

V.

Ford Motor Company

Defendant(s)

Case Number: 1:25-cv-01639-CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Fred J. Fresard _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant Ford Motor Company

On _____11/05/1990_____ (date), I was admitted to practice and presently in good standing in the

_____State of M i cigan_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____02/03/2026_____     Signature of Applicant: /s/ _Fred J. Fresard_____

**Pro Hac Vice Attorney**

Applicant's Name: Fred J. Fresard

Law Firm Name: Klein Thomas Lee & Fresard

Address: 89 Kercheval Avenue

City: Grosse Pointe Farms    State: MI    Zip: 48236

Phone Number w/Area Code: (248) 840-6314

City and State of Residence: Grosse Pointe Farms, MI

Primary E-mail Address: Fred.Fresard@kleinthomaslaw.com

Secondary E-mail Address: Lisa.Karr@kleinthomaslaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Aiza Siddiqi

Law Firm Name: Klein Thomas Lee & Fresard

Address: 1920 Main Street, Suite 230

City: Irvine    State: CA    Zip: 92614

Phone Number w/Area Code: 949-676-1024    Bar # 281644

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2026    _____
JUDGE, U.S. DISTRICT COURT